IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-485-RJC-DCK

| | |
|---|---|
| IRIS O. STEELE and BILLY C. STEELE, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD P. RENALDO, MD; CAROLINA RETINA & VITREOUS CONSULTANTS, P.A.; NOVANT HEALTH, INC.; NOVANT MEDICAL GROUP, INC.; NOVANT HEALTH SOUTHERN PIEDMONT REGION, LLC; THE PRESBYTERIAN HOSPITAL; PRESBYTERIAN HEALTHCARE ASSOCIATES CORP.; And PRESBYTERIAN HOSPITAL FOUNDATION, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 19) filed by Paul R. Dickinson, Jr. on August 30, 2012, concerning Ned Gregory II. Mr. Gregory seeks to appear as counsel *pro hac vice* for Plaintiffs, Iris O. Steele and Billy C. Steele.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Gregory is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiffs, Iris O. Steele and Billy C. Steele.

Signed: August 30, 2012

David C. Keesler
United States Magistrate Judge